

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

FILED
2012 FEB 14 P 2:10
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

James and Lakeisha Clark )
_____ )
_____ )
Name of plaintiff (s) )
                               )
v.                             ) Case No. 3:12-cv-72
                               ) (to be assigned by Clerk)
Wackenhut Services, Inc        )
Oak Ridge (WSI-OR)             ) Phillips/Shirley
_____ )
Name of defendant (s)          )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Wrongful termination, retaliation, discrimination libel and defamation of character.

2. Plaintiff, James and Lakeisha Clark resides at 134 Center Park Ln., Oak Ridge
street address                                      city

Anderson, TN, 37830, 865-482-8497
county        state  zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Wackenhut Services, Inc Oak Ridge lives at, or its business is located at 7121 Fairway Dr., Ste. 301, Palm Beach Gardens
   street address                                                city
   _____, FL, 33418.
   county                    state           zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

(See attachment)

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Reinstatement to jobs

   b. Compensation for lost wages

   c. Whatever the law allows

   d. All of the above, but NOT limited to

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this 14th day of Februray, 20 12.

*James Earl Clark*
*Lakiesha M Clark*

Signature of plaintiff (s)

3