UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES E. CLARK and <br> LAKEISHA CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> G4S GOVERNMENT SOLUTIONS, INC., <br> d/b/a WSI OAK RIDGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:12-CV-72-PLR-CCS <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

This case came before the Court on the Motion for Summary Judgment by Defendant WSI Oak Ridge, the Honorable Pamela L. Reeves, United States District Judge, having rendered a decision on the Defendant's motion.

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment, Defendant WSI's Motion for Summary Judgment is **GRANTED.**

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs James E. Clark and LaKeisha Clark take nothing, that this action is **DISMISSED WITH PREJUDICE** on the merits, and that the Defendant WSI Oak Ridge recover of the Plaintiffs its costs of action.

Dated at Knoxville, Tennessee, this __21st__ day of March, 2014.

Enter:

_____
UNITED STATES DISTRICT JUDGE